UNITED STATES FEDERAL DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

THOMAS SCIANDRA,                                    Index No. 23 CV 239 (PGG)

                         Plaintiff,

      -against-


THE NEW YORK TIMES,
                         Defendant.
-------------------------------------------------------------------x

## **STIPULATION OF DISMISSAL**

      Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), the parties stipulate that this case is hereby

dismissed with prejudice, the parties to bear their respective costs, including any possible attorney

fees or other expenses of litigation.   Further, Defendant's Motion to Dismiss (MTD) Plaintiff's

Amended Complaint currently returnable on October 3, 2023, is withdrawn.

Dated:       September 25, 2023        September 28, 2023
              Massapequa Park, New York   New York, New York

_____    _____
J. Ceasar Galarza, Esq.,           PROSKAUER ROSE LLP
GALARZA LAW OFFICE, P.C.      Attorney for Defendant
Attorney for Plaintiff            The New York Times Company
THOMAS SCIANDRA            Neil H. Abramson
5020 Sunrise Highway, 2nd Floor   Rosanne Facchini
Massapequa Park, New York 11762  Eleven Times Square
(516) 797-1600                New York, NY 10036
Fax (516) 710-7748          (212) 969-3000
jcg@galarzalawoffice.com       nabramson@proskauer.com
                               rfacchini@proskauer.com

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
 Date:  October 3, 2023